**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA**

**LOUISIANA STATE,**                                           **CIVIL ACTION**
   **Plaintiff**


**VERSUS**                                                                 **No. 13-3486**


**AMERICAN NATIONAL PROPERTY**                     **SECTION "E"**
**& CASUALTY CO., ET AL.,**
   **Defendant**s

**ORDER**

     For the reasons set forth by another section of the Court, with which this Court agrees, **IT IS ORDERED** that the above-captioned case be **STAYED** and **ADMINISTRATIVELY CLOSED**. *See Louisiana State ex rel. Albert Townsend & Tammy Townsend v. American National Property & Casualty Co.*, No. 13-cv-3072 (E.D. La. May 17, 2013) (Rec. Doc. 17). Any party may file a written motion to re-open the case within 15 days after the mandate of the United States Court of Appeals for the Fifth Circuit issues in one of the appeals addressing the subject-matter jurisdiction issue in this case. *E.g.*, *Louisiana State ex rel. Mary Majorie & August Majorie v. American National Property & Casualty Co.*, No. 13-90048 (5th Cir. Sept. 24, 2013).

     **New Orleans, Louisiana, this 4th day of October, 2013.**


_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**